UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>DAVID GRADNEY,<br><br>Respondent. | Case No. 5:25CV3436PA<br><br>Assigned to: Judge<br><br>**Order to Show Cause** |

Upon the petition of the United States and the Declaration of Revenue Agent Justin Bourne, including the exhibits attached thereto,

IT IS HEREBY ORDERED that the respondent, David Gradney, appear before the Honorable Percy Anderson, in Courtroom 9A in the United States Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, on the 23rd day of February, 2026, at 1:30 p.m., to show cause why he should not be compelled to obey the Internal Revenue Service summons issued to him on January 13, 2025.

IT IS FURTHER ORDERED that:

1. A copy of this Order, together with the petition and its exhibits, shall be served in accordance with Federal Rules of Civil Procedure 4(e) and (h) upon David Gradney by January 16, 2026. Pursuant to Rule 4.1(a), the Court

hereby appoints Revenue Agent Justin Bourne, or any other person designated by the Internal Revenue Service or the United States Department of Justice, to effect service in this case.

    2.    Proof of any service done pursuant to paragraph 1, above, shall be filed with the Clerk by January 26, 2026.

    3.    Because the file in this case reflects a prima facie showing that the investigation is being conducted for a legitimate purpose, that the documents may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Internal Revenue Code have been substantially followed, the burden of coming forward has shifted to David Gradney to oppose enforcement of the summons.

    4.    If David Gradney has any defense to present or opposition to the petition, such defense or opposition shall be made in writing, filed with the Clerk, and copies served on counsel for the United States, at the address on the petition, at least 14 calendar days prior to the date set for the show cause hearing. The United States may file a reply memorandum to any opposition at least 7 calendar days prior to the date set for the show cause hearing.

    5.    At the show cause hearing, only those issues brought into controversy by the responsive pleadings and factual allegations supported by affidavit will be considered. Any uncontested allegation in the petition will be considered admitted.

6. David Gradney may notify the Court, in a writing filed with the Clerk and served on counsel for the United States, at the address on the petition, at least 14 days prior to the date set for the show cause hearing, that he has no objection to enforcement of the summons. David Gradney's appearance at the hearing will then be excused.

DAVID GRADNEY IS HEREBY NOTIFIED THAT FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT HIM TO SANCTIONS FOR CONTEMPT OF COURT.

DONE and ORDERED this 19th day of December, 2025.

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE